IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. BURTON,

      Plaintiff,                    No. CIV S-11-1616 MCE CKD P

    vs.

MATTHEW CATE,

      Defendant.                ORDER

_____/

        On October 14, 2011, plaintiff filed a "notice of status update." This civil rights action was closed on October 7, 2011. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: October 31, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
burt1616.58