IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WILTON BURTON

      Petitioner,                    No. CIV S-11-1616 MCE CKD P

    vs.

MATTHEW CATE                        <u>ORDER AND</u>

                                             <u>FINDINGS AND RECOMMENDATIONS</u>

      Respondents.

_____/

      Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On October 7, 2011, the court dismissed the petition because it attacked a judgment already on collateral review in the Southern District of California. In so ruling, the court did not grant petitioner his request to proceed in forma pauperis. Petitioner appealed the dismissal to the Ninth Circuit. That court also denied his request to proceed in forma pauperis, and it dismissed his appeal when petitioner failed to pay the filing fee. <u>See</u> Docket No. 21.

      Petitioner has now filed a motion seeking this court's assistance in meeting his obligation to pay the filing fees necessary to restore his appeal. The motion is essentially a request for reconsideration of petitioner's initial motion to proceed in forma pauperis. It is

1

1  without merit and will be denied.

2  Petitioner has also moved to vacate the court's judgment of dismissal. It too is
3  without merit and should be denied.

4  Accordingly, IT IS HEREBY ORDERED that the motion to be billed for appeal
5  filing fees (Docket No. 22) is denied.

6  IT IS RECOMMENDED that the motion to vacate judgment (Docket No. 23) be
7  denied.

8  These findings and recommendations are submitted to the United States District
9  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-
10 one days after being served with these findings and recommendations, petitioner may file written
11 objections with the court. The document should be captioned "Objections to Magistrate Judge's
12 Findings and Recommendations." Petitioner is advised that failure to file objections within the
13 specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
14 F.2d 1153 (9th Cir. 1991).

15  Dated: April 16, 2012

16

17  _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

3

burt1616.ord